IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BARRY G. AARON**  PLAINTIFF
**ADC #097176**

VS.    No. 5:19CV00089-BRW-JTR

**WENDY KELLEY, Director, Arkansas**
**Department of Correction,** *et al.*    DEFENDANTS

# ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommendation.

Accordingly, Plaintiff's complaint and substituted complaint (Doc. Nos. 2 & 6) are DISMISSED without prejudice for failing to state a claim upon which relief may be granted. Dismissal is a "STRIKE," pursuant to 28 U.S.C. § 1915(g). Plaintiff's motion for temporary restraining order (Doc. No. 8) is DENIED.

IT IS SO ORDERED this 17th day of September, 2019.

                                              Billy Roy Wilson_____
                                              UNITED STATES DISTRICT JUDGE