**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BARRY G. AARON**                                                              **PLAINTIFF**
**ADC #097176**

**VS.**                              **No. 5:19CV00089-BRW-JTR**

**WENDY KELLEY, Director, Arkansas**
**Department of Correction, *et al.***                                          **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is dismissed and all relief sought is denied.

IT IS SO ORDERED this 17th day of September, 2019.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE